James O. Jenkins, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Eastern District of Texas, Beaumont, TX, for Plaintiff–Appellee.

Melvin Herston Scott, III, Beaumont, TX, pro se.

Zachary Joseph Hawthorn, Law Office of Joseph C. Hawthorn, Beaumont, TX, for Defendant–Appellant.

Before BARKSDALE, GARZA, and CLEMENT, Circuit Judges.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

PER CURIAM: *

Counsel appointed to represent Melvin Herston Scott, III, has requested leave to withdraw from this appeal and has filed a brief as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Scott has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. The Government's motion to dismiss the appeal is DENIED as moot.

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jesus Leal GARZA, Defendant–**
**Appellant.**

**No. 05–40449**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Feb. 14, 2007.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

David Carol Diaz, Corpus Christi, TX, for Defendant–Appellant.

Jesus Leal Garza, Big Spring, TX, pro se.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Before BARKSDALE, GARZA, and CLEMENT, Circuit Judges.

PER CURIAM: *

Counsel appointed to represent Jesus Leal Garza has requested leave to withdraw from this appeal and has filed a brief as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Leal Garza has filed a response. Our independent review of the brief, the record, and Leal Garza's response discloses no nonfrivolous issues for appeal. Counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

Our independent review of the record, counsel's brief, and Williams's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

